UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

MIKE LEPLEY,

          Plaintiff,                  Case No. 1:23-cv-170

v.                                          Honorable Robert J. Jonker

UNKNOWN PART(Y)(IES),

          Defendant.
_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. On March 3, 2023, the Court entered an order of deficiency (ECF No. 3) because Plaintiff had failed to pay the $402.00 civil action filing fees or to file both the affidavit and the trust account statement as required by 28 U.S.C. § 1915(a)(2) to apply to proceed *in forma pauperis*. The Court allowed 28 days for Plaintiff to comply. Plaintiff was warned that if he failed to comply, the Court would presume that he was not proceeding *in forma pauperis*, assess the filing fee and the miscellaneous administrative fee, and dismiss his case for want of prosecution.

More than 28 days have elapsed. Plaintiff failed to pay the $402.00 civil action filing fees or to submit both the affidavit and the trust account statement to apply to proceed *in forma pauperis*. Because Plaintiff has wholly failed to comply with the Court's order, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution. *See In re Alea*, 286 F.3d 378, 380-81 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997). Plaintiff shall remain liable for the $402.00 civil action filing fees.

      **IT IS SO ORDERED**.

Dated:      April 14, 2023                    /s/ Robert J. Jonker
                                                       Robert J. Jonker
                                                       United States District Judge

**<u>SEND REMITTANCES TO</u>**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**