UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MIKE LEPLEY,

        Plaintiff,                Case No. 1:23-cv-170

v.                                          Honorable Robert J. Jonker

UNKNOWN PART(Y)(IES),

        Defendant.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:    April 14, 2023                      /s/ Robert J. Jonker
                                                                 Robert J. Jonker
                                                                 United States District Judge